PER CURIAM.

(No. 75-CC-851— )

JAMES W. SANDERS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 24, 1975.*

JAMES W. SANDERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

442

PER CURIAM.